■ EDGAR BERGMAN, Appellant, v LINDEN HILL No. 2 COOPERATIVE CORP. et al., Respondents.—Appeal by the plaintiff from stated portions of an order of the Supreme Court, Queens County (Graci, J.), dated June 29, 1989.

Ordered that the order is affirmed insofar as appealed from,

with costs, for reasons stated by Justice Graci in the Supreme Court. Thompson, J. P., Bracken, Rosenblatt and O'Brien, JJ., concur.